# COMPOSITE EXHIBIT A

*To the Complaint (EA v. Amazon)*



| AMAZON New 1 - Jon Pearson - JNT Capital LLC | sellercentral.amazon.com/recoveryui/removal-order/detail?sourceRemovalOrderId=3yyoIlt%2FvA | ☆ |

ucts | Manage Your Apps | FBA Inventory | Business Reports | Payments | Performance Notifications | Account Health | Shipments | View Selling Applications | Manage All Inventory

l Order Details  Rate this page

order ID: 3yyoIlt/vA

isposal  
Automated Stranded Removal System

**Date Submitted**: June 10, 2024 at 12:48:11 PM GMT-5  
**Status**: Pending

**Ordered**: 132  
**Disposed**: 127  
**Cancelled**: 2  
**Pending**: 3

for order: 3yyoIlt/vA

| ails | Ordered | Disposed | Cancelled |
|---|---|---|---|
| 7 Pro - 5G Android Phone - Unlocked Smartphone with Telephoto/Wide Angle Lens, and 24-Hour Battery - 128GB - Obsidian<br>KU: 0S-NMK0-OK4V<br>048LIR0D<br>CQWYR2Z<br>ID: X0048LIR0D#SELLABLE#132<br>Sellable<br>New<br>029937153<br>29937153 | 132 | 127 | 2 |

amazon

J&D eTrading LLC | United States        Search                                    EN        Help

Manage Your Apps    Explore Services    Shipments    Performance Notifications    Payments    Business Reports    Account Health        Edit

‹ Performance notifications

August 19, 2024

**Your Amazon.com seller account has been deactivated**

FEEDBACK

https://sellercentral.amazon.com/performance/notifications/5ac928f3-4e6d-447d-b387-67fa2f4650da                                                    1/2



Hello,

Your Amazon selling account has been deactivated. Your listings have been removed in accordance with section 3 of the Amazon Services Business Solutions Agreement. We are withholding any funds available in your account. If you have FBA inventory of the items causing "inauthentic" complaints, they are currently ineligible for removal.

Why is this happening?
We have taken this measure because we have concerns about the authenticity of the items listed at the end of this email. In order to ensure that customers can shop with confidence on Amazon, we request additional information from sellers to confirm the authenticity of certain products. The sale of counterfeit products on Amazon is strictly prohibited. Amazon has several product detail and listing policies to ensure customers have a consistent buying experience and receive items in the condition they expect. Additional information regarding these policies can be found at the following Seller Central pages
-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
-- "Policies and Agreements":
https://sellercentral.amazon.com/gp/help/521
-- "Amazon Services Business Solutions Agreement":
https://sellercentral.amazon.com/gp/help/1791

How do I reactivate my account?
To reactivate your account, go to your "Account Health" and click on "Reactivate My Account" to submit necessary information.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

What happens if I do not submit the required information?
If we do not receive the requested information your account will remain deactivated. Any remaining FBA inventory of the items that caused "inauthentic" complaints will be destroyed at your expense, in accordance with the Business Solutions Agreement.

We're here to help
If you have questions about this policy or your account, contact us:
https://sellercentral.amazon.com/cu/contact-us

You can get help submitting your appeal in Seller Central Help:
 https://sellercentral.amazon.com/gp/help/200370560

To view your account performance, select "Account Health" on the home screen of the Amazon Seller app on your iOS or Android device, or go to the "Account Health" page:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

On iOS:
https://itunes.apple.com/us/app/amazon-Seller/id794141485

On Android:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_us

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

-------------------------------------
ASIN: B07MZDTG76
Title: FURminator Undercoat Deshedding Tool for Dogs, Deshedding Brush for Dogs, Removes Loose Hair and Combats Dog Shedding,Blue
-------------------------------------
Sincerely, Seller Performance Team https://www.amazon.com

Help | Program Policies | English | Download the Amazon Seller mobile app | © 1999-2024, Amazon.com, Inc. or its affiliates

| Blue Ocean Commerce LLC | U… | Search | | EN | Help |

Manage Your Apps | Explore Services | Manage All Inventory | FBA Inventory | Shipments | Business Reports | Account Health | Payments | Edit

< Performance notifications

June 11, 2024
# Your Amazon.com Seller Account



Hello ,

Thank you for completing the verification on video interview. After reviewing the information from your video interview, we have decided that your seller account will remain deactivated as in accordance with Section 3 of Amazon Business Solutions Agreement. Please continue to ship open orders and respond to customer inquiries to avoid further impact to your account. Funds will not be transferred to you but will stay in your account while we work with you to address this issue in accordance with our Funds Withholding Policy

Why did this happen?
We have taken this measure as your account we believe that your account or other related accounts operated by you may be used for deceptive or fraudulent, or illegal activity.

How do I reactive my account?
To demonstrate the authenticity of your account and your inventory, submit the following documentation for the ASINs and brand listed below:

-- A valid government-issued photo identity document. The document must include full name, date of birth, ID number, expiry date, signature of the bearer if applicable, and country of issuance or country of citizenship.
-- Bank or credit card statement. The document must include the full name of the individual or of the business, residential or business address, issuing bank information and the records related to the purchase of the ASIN under review.
-- In case of having a registered business, the registration document must be uploaded. The document must contain name of the business owner or legal representative, business-operating name, business license number or registration number, official seal or stamp of the issuing authority, business address, date of incorporation, status of the business and signature of the legal representative (electronic signature is acceptable).
-- Supply chain documents such as invoices and receipts that include the item's description, quantities, supplier's name, supplier phone number, supplier address, and website. You may remove pricing information, but the rest of the document must be visible. Proof of delivery, bill of lading, import and export documents, customs clearance documents and authorization letters from brands and licensed brand distributors are other examples of documents that may be requested.
Note: The mentioned documents must be authentic, unaltered and sent only in PDF, JPG, PNG or GIF format.

ASIN(s): B0CJ3FXLT4
Brand(s): World Group Packing Solutions,
Quantity: 356

Has your account been deactivated in error?
if you believe your account has been deactivated in error, you can reach out to Inbound-appeals@amazon.com.

We are here to help:
You can review the policies on Seller Central:
https://sellercentral.amazon.com/gp/help/G1791
You can also view your account performance at https://sellercentral.amazon.com/performance/dashboard or by selecting Account Health on the home screen of the Amazon Seller app on your iOS or Android device.

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
— Download iOS App at (https://itunes.apple.com/na/app/amazon-seller/id794141485)
— Download Android App at (https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl).

FEEDBACK

Help | Program Policies | English ⌄ | Download the Amazon Seller mobile app | © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

Hello  BRUCE BRANDON/TDB INVESTMENTS,

Thank you for submitting your appeal. This email address no longer accepts incoming messages and emails sent to this alias will not be reviewed by Amazon.

Please submit your appeal by following the instructions on the Account Health page in Seller Central:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr
The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon, and helps us direct your appeal to the team that can best assist you.

To appeal a listing deactivation, please click on the "Next Steps" link next to the listing on your Account Health page.

To appeal an account deactivation, please follow the instructions in the banner on the top of your Account Health page.

Within 3 days after your appeal is submitted, you should expect a reply.
Sincerely,

Seller Performance Team
Amazon.com