UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24084-CIV-ALTONAGA/Reid

**ECOM AUTHORITY, LLC**,

    Plaintiff,
v.

**AMAZON.COM SERVICES, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Ecom Authority LLC's Motion for Preliminary Injunction [ECF No. 6], filed October 23, 2024. Plaintiff requests the Court enter a preliminary injunction against Defendant, Amazon.com Services LLC. (*See generally* Mot.).

There are two problems with the Motion. First, Plaintiff has failed to submit a proposed order — attached to its Motion and via email — as required by both Section 3I(6) of the CM/ECF Administrative Procedures and Local Rule 7.1(a)(2). Second, a preliminary injunction is not procedurally proper at this stage of the case. A preliminary injunction may only be issued after the adverse party has received notice of the requested relief. *See* Fed. R. Civ. P. 65(a)(1) ("The court may issue a preliminary injunction only on notice to the adverse party."). No certificate of service accompanies the Motion, and it is apparent that the Complaint [ECF No. 1] has not yet been served.

Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 6]** is **DENIED**.

CASE NO. 24-24084-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 23rd day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record