# EXHIBIT C

# AMAZON SERVICE PROVIDER NETWORK TERMS

"Service Provider Network" is a directory service offered by Amazon Services LLC or its affiliates ("**Amazon**," "**we**," or "**us**,") that enables third-party service providers to make information about their services available to third-party sellers ('**Sellers**") on Amazon. These services are made available through the Service Provider Network Site.

By accessing the Service Provider Network, you, on behalf of Ecom Authority LLC, accept and agree to these terms and any related Amazon policies that apply, including the Amazon.com Conditions of Use, which are incorporated by reference into these terms. As used in these terms, "**you**" means you as an individual or the business you represent.

1. **Registration and Use.** You must complete the registration process to use the Service Provider Network. You are responsible for maintaining the confidentiality of, and accept responsibility for all activities relating to, your Service Provider Network account and credentials. You will inform us immediately if you believe your account or credentials are lost, stolen, or compromised.

2. **Your Services.** You are solely responsible for your services to third parties, including Sellers, and the terms and conditions of those services

3. **Your Materials.** You will provide us with any materials or other information we reasonably request describing you and your products or services ("**Your Materials**"). You grant us and our affiliates a worldwide, non-exclusive, royalty-free right and license to use, reproduce and distribute Your Materials in connection with the Service Provider Network, including to promote you, your services, and the Service Provider Network. We may make reasonable alterations to Your Materials for these purposes but will not modify your trademarks or logos from the form provided by you except to resize them as necessary for presentation. You are responsible for and assume all liability for Your Materials. You authorize us and our affiliates to use in any manner any other content, data or materials made available to us in connection with your services to Sellers.

4. **Representations and Warranties.** You represent and warrant that (a) you have all necessary licenses, rights, power and authority to conduct your business, enter into these terms and perform your obligations under these terms; (b) nothing in Your Materials is infringing, false, misleading, defamatory, libelous, slanderous, harassing or threatening, or infringes or misappropriates any copyright, trademark, right of publicity, moral right, trade secret, or other proprietary right; (c) you and your affiliates, employees, agents, subcontractors and suppliers, and any products or services you offer on the Service Provider Network will comply with all applicable laws and Amazon policies; and (d) you are not the subject of U.S. sanctions or of sanctions consistent with U.S. law imposed by the governments of the country where you offer or perform your services. You acknowledge that Amazon's Code of Business Conduct and Ethics prohibits the paying of bribes.

5. **Disclaimer and Limitation of Liability.** To the maximum extent permitted by applicable law, Amazon and its affiliates (a) disclaim all warranties of any kind; (b) will not be liable for any damages of any kind arising out of or relating to your use of the Service Provider Network, including any loss of data or any direct, special, incidental, consequential, indirect, punitive, exemplary, or reliance damages (including loss of profits or cost of cover), however caused and regardless of theory of liability; (c) any breach by any third party of any contract with you; or (d) any investments, expenditures, or commitments by you in connection with your use of the Service Provider Network. The United Nations International Sale of Goods does not apply to these terms.

6. **Indemnification.** You release us and agree to defend, indemnify, and hold harmless Amazon and its affiliates, and our and their respective officers, directors, employees, representatives, agents and licensees from and against any claim, damage, loss, cost, expense, or other liability (including reasonable attorneys' fees and costs) relating to (a) your negligence, strict liability or misconduct, (b) the products or services offered by you on the Service Provider Network, (c) our use of Your Materials, (d) our reliance on your representations, or (e) any actual or alleged violation by you of these terms or of any third-party intellectual property or other proprietary right relating to your use of the Service Provider Network.

7. **Feedback & Ratings.** We will own and be free to use in any manner and without restriction any suggestions, comments, or other feedback you provide us with respect to the Service Provider Network or other services or products offered by us. We may use mechanisms that rate, or allow Sellers to rate, your products or services, and may make these ratings and feedback publicly available.

8. **Confidential Information; Public Statements.** All nonpublic information made available to you through the Service Provider Network is the confidential information of Amazon or Sellers ("**Confidential Information**"). You will use and disclose Confidential Information only to the extent necessary to perform your obligations under these terms or in connection with providing requested products or services to the disclosing Seller, and you will ensure that every recipient of Confidential Information complies with the restrictions applicable to you relating to that information. You also may not issue any press release or other public statement relating to the Service Provider Network without our prior approval. You will not refer to us, orally or in writing, in any manner that (a) implies sponsorship or endorsement by us or our affiliates; or (b) is intended, or could reasonably be expected, to harm us or our affiliates or its or their reputation.

9. **Amazon Marks.** Amazon grants to you a non-exclusive, non-transferable, non-assignable, non-sublicenseable, and revocable license to use the Amazon Service Provider Network logo (as described in more detail in **Exhibit A** of these terms, the "**Amazon Mark**") once in the body of a single web page promoting your services to Amazon Sellers. All other use of the Amazon Mark is subject to our prior written approval. Upon our request, you will promptly provide us with samples of any materials using the Amazon Mark. You acknowledge and agree that you (a) will comply with the Trademark Usage Guidelines attached as **Exhibit A** to these terms, (b) may not use the Amazon Mark except as expressly provided in these terms, and (c) will promptly cease use of the Amazon Mark upon our request or termination of these terms. If we make any written materials available to you, you may not modify them in any way.

10. **Modification, Suspension and Termination.** To the extent permitted by applicable law, we may modify these terms at any time in a manner in accordance with applicable law. To the extent permitted by applicable law, any change will be effective upon posting to the Service Provider Network Site, and your continued use of the Service Provider Network after we post any change will constitute your acceptance of such a change. We may suspend or terminate these terms or the Service Provider Network for any reason at any time by notice to you, and you may terminate these terms at any time by sending a notice of termination to us. Sections 3 through 11 will survive termination.

11. **Dispute Resolution.** Any dispute or claim relating to these terms or the Service Provider Network is subject to the dispute resolution, arbitration, class action waiver, and governing law provisions in the Amazon.com Conditions of Use.

12. **Miscellaneous.** You may not assign these terms (by operational of law or otherwise), or delegate or sublicense any of your rights under these terms, without our prior written consent. Subject to Section 10, these terms supersede any prior or contemporaneous agreements or other communications between the parties regarding the subject matter of these terms. If any provision of these terms is held to be invalid or unenforceable in any jurisdiction, the other provisions of these terms will remain in full force and effect and will be liberally construed in order to fulfill the intent of these terms. If we provide a translation of the English language version of these terms, the English language version of these terms will control.

DocuSigned by:
*Daniel Cohen*
BF78D94FEB8F49F...

October 16, 2023

Daniel Cohen

**Exhibit A**

TRADEMARK USAGE GUIDELINES

These Trademark Usage Guidelines (the "**Guidelines**") apply to your use of the Amazon Service Provider Network logo (the "Amazon SPN Mark"). Unless specifically authorized pursuant to the first sentence of Section 11 (Amazon SPN Mark) of the Agreement, any use by you of the Amazon SPN Mark must be approved in advance by Amazon.com, Inc. and/or its affiliates ("Amazon"). Strict compliance with these Guidelines is required at all times, and if Amazon, in its sole discretion, determines that you are in violation of these Guidelines, Amazon may immediately terminate your license to use the Amazon SPN Mark, and any other Amazon trademarks.

1. You may use the Amazon Mark solely for the purpose expressly authorized by Amazon and your use must comply with: (i) the most up-to-date version of all agreement(s) with Amazon regarding your use of the Amazon Mark (collectively "**Trademark Agreements**"); (ii) the most up-to-date version of these Guidelines; and (iii) any other terms, conditions, or policies that Amazon may issue from time to time that apply to the use of the Amazon Mark.
2. We will supply an approved Amazon SPN Mark image for you to use. You may not alter the Amazon SPN Mark in any manner, including but not limited to, changing the proportion, color, or font of the Amazon SPN Mark, or adding or removing any element(s) from the Amazon SPN Mark.
3. You may not use the Amazon SPN Mark in any manner that implies sponsorship or endorsement by Amazon, other than by using the Amazon Mark as specifically authorized under the Trademark Agreement.
4. You may not use the Amazon SPN Mark, or any other Amazon trademark, to disparage Amazon, its products or services, or in a manner which, in Amazon's sole discretion, may diminish, or otherwise damage or tarnish Amazon's goodwill in the Amazon SPN Mark or any other Amazon trademarks.
5. The Amazon SPN Mark must appear by itself, with reasonable spacing between each side of the Amazon Mark and other visual, graphic, or textual elements. Under no circumstance should the Amazon SPN Mark be placed on any background which interferes with the readability or display of the Amazon SPN Mark.
6. You must include the following statement in any materials that display the Amazon Mark: "Amazon, Amazon Service Provider Network, Amazon SPN, and Amazon SPN logo are trademarks of Amazon.com, Inc. or its affiliates."
7. You acknowledge that all rights to the Amazon SPN Mark are the exclusive property of Amazon, and all goodwill generated through your use of the Amazon SPN Mark will inure to the sole benefit of Amazon. You will not take any action that is in conflict with Amazon's rights in, or ownership of, the Amazon SPN mark, or any other Amazon trademarks.
8. You are prohibited from using the Amazon logo, and all other Amazon logos, including the Smile logo. If you make unauthorized use of any Amazon logos, other than the Amazon SPN Mark, Amazon reserves the right to terminate the Agreement.

Amazon reserves the right, exercisable at its sole discretion, to modify these Guidelines and/or the approved Amazon SPN Mark at any time, and to take appropriate action against any use without permission, or any use that does not conform to these Guidelines.

If you have questions about these Guidelines, please contact trademarks@amazon.com for assistance, or write to us at: Amazon.com, Inc., Attention: Trademarks, PO Box 81226 Seattle, WA 98108-1226
Approved Logo:

