# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:24-cv-24084- ALTONAGA/Reid

**ECOM AUTHORITY, LLC,**

    *Plaintiff,*

v.

**AMAZON.COM SERVICES LLC,**

    *Defendant.*
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this action shall be held with Pamela I. Perry of Pamela I. Perry P.A., 1501 Venera Avenue, Suite 300, Coral Gables, Florida, 33146, on April 24, 2025, at 10:00 a.m. ET via videoconference.

    DONE AND ORDERED in Chambers in Miami, Florida, this December ____, 2024.

 

                                                     **CECILIA M. ALTONAGA**
                                                     **CHIEF UNITED STATES DISTRICT JUDGE**