UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24084-CIV-ALTONAGA/Reid

ECOM AUTHORITY LLC,

    Plaintiff,
v.

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

### ORDER SCHEDULING MEDIATION

The mediation conference in this action shall be held with Pamela I. Perry of Pamela I. Perry P.A., on April 24, 2025, at 10:00 a.m. ET via videoconference. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**DONE AND ORDERED** in Miami, Florida, this 17th day of December, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record