# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ECOM AUTHORITY, LLC,                              Case No.:

    Plaintiff,

v.

AMAZON.COM SERVICES, LLC,

    Defendant.
_____ /

**Declaration of Daniel Cohen in Support of Renewed Motion for Preliminary Injunction**

I, Daniel Cohen, declare as follows under penalties of perjury, pursuant to 28 U.S.C. § 1746 and the laws of the State of Florida, § 92.525, Fla. Stat.:

1. My name is Daniel Cohen. I am the sole owner and authorized representative of Ecom Authority, LLC ("EA"). I am over the age of majority, fully competent to testify to the matters set forth herein, and the information provided in this affidavit is based on my personal knowledge.

**A.     About Ecom Authority, LLC**

2. EA is a limited liability company, formed under the laws of the State of Florida, with its principal place of business located in Miami-Dade County, Florida.

3. EA is a full-service management company that sells on Amazon's platform using only the fulfilled by Amazon ("FBA") model. With more than a hundred employees, a 50,000 square foot warehouse in Miami, Florida, and separate offices in Bogota, Columbia and Puerto Rico, EA has direct control over the picking, packing, and shipping processes associated with its operations.

1

4. EA was accepted as a member of Amazon's distinguished Service Provider Network ("SPN") on October 16, 2023, and subsequently became an active member of the program on January 30, 2024, which is a group of vetted third-party service providers who can help with almost every step of selling with Amazon.

5. Members on Amazon's service provider network, such as EA, meet a required set of standards, and they are qualified and trained on Amazon guidelines and policies.

6. Accordingly, as a now-former member of Amazon's service provider network, EA provided comprehensive account management services, including inventory control, compliance with Amazon policies, and seller support communication.[1] Further, the ability to use the "SPN Mark," a specially designated mark for service provider network members was essential to EA for recognition with current and potential customers that EA is a trustworthy management company.

7. EA's clients are generally comprised of individuals or single owner entities who want to sell on Amazon, but lack the time and resources needed to run an e-commerce business. As such, EA offers its clients the unique ability to handle some of the more time-intensive tasks needed to run this kind of business so they can take on a more passive approach to owning their own online store.

8. Among the services offered by EA, it provides product sourcing services for its clients.

---

[1] On November 5, 2024, shortly after receiving notice of the instant lawsuit, Amazon e-mailed me the following termination notice: "Dear Service Provider, Please be informed that your Amazon Service Provider account will be terminated effective 05/11/2024. Your provider profile on Seller Central will be removed after the termination. Regards, Amazon SPN." **Exhibit A**.

9. EA utilizes its clients' capital contributions to increase their combined purchasing power, which helps EA secure economies of scale that allow it to offer more favorable wholesale prices, ultimately resulting in increased profits for both EA and its clients when reselling products.

10. EA starts this process by first determining the amount of product its clients want to purchase in a given month. When determining which products to purchase, EA goes through a careful selection process. EA performs this same analysis across hundreds of ASINs (Amazon Standard Identification Number) to avoid a situation where EA's clients might be selling the same products or potentially competing against one another. Once the EA team finds the right products, EA then negotiates bulk deals on its clients' behalf.

11. Importantly, EA team members personally meet with every vendor and supplier in its network or verify them through trusted references to confirm that they are legitimate and sell authentic goods before EA ever does business with them. If a supplier fails to meet EA's standards or EA discovers it has been provided goods that are inconsistent with its requirements, corrective legal action is taken, including the issuance of cease-and-desist notices and demands for reimbursement when necessary.

12. Once these purchased products arrive at EA's warehouse, EA's team conducts a quality control inspection to verify they match their corresponding Amazon listing description and are in sellable condition. If these products pass EA's inspection, they are then prepped and shipped to Amazon's FBA warehouse for our clients to sell in their stores.

**B.  Compromised Accounts and Amazon's Response**

13. On or around March 21, 2024, EA began experiencing a series of account deactivations, freezing of client funds, and other adverse actions that ultimately impacted an incredible 595 of its clients' seller accounts.

14. These deactivated accounts range from new accounts that never sold product to established accounts that have six-figure sales.

15. EA initially believed the deactivations were due to a verification issue because each of EA's affected clients received the same notice that Amazon was unable to verify information related to their seller accounts. *See* **Composite Exhibit B**.

16. In response, EA submitted utility bills, credit card statements, bank statements, and/or other business documents (e.g. EIN letter) on behalf of its clients needing reverification, but this did not resolve the issue.

17. Instead, Amazon replied to EA's submissions with another generic notice, this time informing EA that it was unable to reactivate these client accounts because their seller accounts were used "to engage in *deceptive, fraudulent, or illegal activity that harms our customers*, other selling partners, and our store." *See Id.*

18. The purported basis for these notices is wrong. EA operates its business with transparency and integrity, and is, and has always been, ready and willing to produce a complete paper trail regarding each product in EA's clients' stores.

19. When EA contacted Amazon's "Seller Support" for further assistance on this issue, we were connected to protocol scripted, call center agents who could not effectively assist EA. More specifically, these agents provided EA with the following statements in response to our request for further assistance with these deactivations:

- "There is absolutely no path forward here. You may no longer sell on Amazon";
- "We cannot tell you anything at all about the issue on your account"; and
- "Amazon literally does not allow us to tell you anything or escalate past this stage. We are sorry there is nothing you can do."

20. For one client, EA was told to submit another utility bill without receiving any indication as to what the issue was with the first utility bill EA submitted on its client's behalf. It is common practice for Amazon to request the same documents over and over again despite having been sent the requested documents, sometimes even on multiple occasions.

21. Simply put, EA has tried going through the proper channels to resolve these deactivations and other compromising actions, but Amazon's support team is too ineffective and ill-informed to meaningfully address EA's clients' issues.

22. Moreover, Amazon's ability to monitor the sales activities of EA and its clients through the SPN raises serious questions about the inconsistency of its deactivation practices. If EA were truly engaged in any wrongdoing, such as selling counterfeit goods, Amazon could easily review the relevant sales data and take appropriate action based on objective information. However, rather than applying its policies uniformly, Amazon has selectively deactivated some of EA's clients' accounts while allowing others — whose inventory is sourced from the same suppliers and processed in the same manner — to continue selling without disruption. This arbitrary and inconsistent approach highlights the lack of transparency and fairness in Amazon's deactivation processes, which could be handled far more equitably given Amazon's comprehensive access to data regarding the legitimacy of the goods sold by EA and its clients.

23. Since these deactivations first started, EA hired two separate third-party appeal companies that specialize in reinstating Amazon accounts. We even tried to hire a third appeal company, but they chose not to represent us because they believed our clients were facing a simple reverification issue.

24. With respect to the two companies EA hired, EA paid between $3,000 to $6,000 and gave each of them one client account to test out. If EA were to hire these appeals specialists

5

for the rest of its 142 clients' stores that have been deactivated, EA will have to pay in the high six figures with no guarantee that the accounts would be reinstated. Thus far, these two appeals specialists have not been able to get any client accounts reactivated.

C. **Amazon's Destruction of EA's Client's Inventory and Seizure of Property.**

25. Perhaps the most troubling development is that after having made seemingly random and arbitrary determinations to deactivate accounts, Amazon holds all "deactivated" account inventory – even products unrelated to any "offense" – and confiscates, disposes of or destroys the seller's inventory without any compensation or return of the inventory.

26. During which an account is "deactivated," Amazon freezes that seller bank account – which in most cases have positive account balances in the thousands – and charges the client account service fees (which in reality are inventory disposal fees), and inventory storage fees.

27. The breakdown of the damages caused by Amazon's indiscriminate actions are as follows:

> **Total Inventory Held/Disposed:**
>
> Inventory Held Value:
> Inactive (Deactivated) Stores: $5,430,662
> Active Stores: $3,559,719
> Active Stores Reserved Inventory: $791,921
> Total Inventory Held: **$9,782,302**
>
> Disposed Inventory Value:
> Inactive (Deactivated) Stores: $730,889
> Active Stores: $482,079
> Total Value of Disposed Inventory: **$1,212,968**
>
> **Total Funds Held:**
> Inactive (Deactivated) Stores: $755,750
> Active Stores: $242,627
> Total Funds Held: **$998,377**
>
> **Fees Charged to EA Client's Accounts:**

       Storage Fees:
       Inactive (Deactivated) Stores: $139,633
       <u>Active Stores: $81,905</u>
       Total Storage Fees: **$221,558**

       Removal Fees:
       Inactive (Deactivated) Stores: $1,118,400
       <u>Active Stores: $399,595</u>
       Total Removal Fees: **$1,517,995**

       Disposal/Removal Fees for Disposed Inventory:
       Inactive (Deactivated) Stores: $129,168
       <u>Active Stores: $67,901</u>
       Total Disposal/Removal Fees: **$197,069**

28. Additionally, the total value of the management service agreements EA has with its impacted clients is approximately **EIGHTEEN MILLION FOUR HUNDRED NINETY-ONE AND FIVE HUNDRED DOLLARS ($18,491,500).**

29. In total, the potential damage caused Amazon's indiscriminate action could reach approximately **THIRTY-TWO MILLION FOUR HUNDRED TWENTY-ONE THOUSAND SEVEN HUNDRED SIXTY-NINE DOLLARS ($32,421,769.00)**.

30. The final result is total devastation of businesses and livelihoods on a widespread scale.

D. **Amazon's Actions Have Caused Irreparable Harm and Loss of Livelihoods.**

31. Despite EA's repeated efforts to cooperate and resolve the matter, Amazon has provided no clear explanation for its account deactivation, account freezing, or inventory destruction policies affected EA and hundreds of its clients. Amazon has also offered no evidence that the products being sourced by EA are illegitimate or improper in any way.

32. EA complied with all of Amazon's requests for documentation and verification, yet Amazon continued to take arbitrary actions causing irreparable harm to EA and its clients.

33. EA is unable to conduct business, fulfill orders, or maintain its relationships with hundreds of its affected clients, which has resulted in significant reputational damage and a loss of goodwill to EA that it has developed over the years as a leader in the FBA model.

34. The financial impact of Amazon's actions is severe. Not only are tens of millions of dollars at stake, but EA's affected clients, many of whom are individuals, stand to lose their livelihoods. Amazon's actions challenge EA's core business and are diminishing EA's client's trust in it.

35. The inability to fulfill customer orders has not only resulted in lost sales to EA and its affected clients but has also damaged EA and its affected clients' reputation with the purchasing public.

36. EA clients rely on EA to provide it with authentic goods for resale on Amazon's platform, given its membership in Amazon's distinguished SPN.

37. Many of EA's affected customers, who relied on EA as a vetted and trustworthy supplier bearing the specially designated mark provided for in the SPN Agreement, have complained and threatened suit against EA over Amazon's actions further causing diminution of customer trust and EA's reputation, goodwill and brand.

38. One such client has acted on their threat, representing EA's first lawsuit with a client. EA is currently defending itself in the case styled *Aaron Merkow v. Ecom Authority, LLC,* Case No. 2024-016329-CA-01, pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Mr. Merkow's lawsuit stems from Amazon's suspension of his account on July 10, 2024, as part of Amazon's broader actions impacting hundreds of EA's clients. Without seeking any resolution or refund, Mr. Merkow filed the lawsuit, directly attributing his account's suspension to EA. This litigation — the first EA has faced from a client — highlights

the far-reaching consequences of Amazon's wrongful deactivation policies, which are not only compromising EA's reputation but also forcing EA to divert its resources from business operations to defending itself in legal disputes that are a direct result of Amazon's misconduct.

39. Each day that passes without EA's clients' access to their accounts and inventory results in further irreparable harm to EA and its affect customers' business. The loss of revenue, business opportunities, and customer relationships and destruction of livelihoods continues to compound, leaving EA with no means of recovery without immediate court intervention.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND FLORIDA THAT I HAVE READ THE FOREGOING DECLARATION AND THAT THE FACTS STATED HEREIN ARE TRUE AND CORRECT.**

Executed on January 10, 2025.

*DocuSigned by:*
*Daniel Cohen*
0A1E51F4C3E54E1...

Daniel Cohen

# EXHIBIT A



**From:** contactspn <contactspn@amazon.com>
**Date:** November 5, 2024 at 1:14:35 AM EST
**To:** dan@ecomauthority.co
**Subject: Your Amazon SPN account**

Dear Service Provider,

Please be informed that your Amazon Service Provider account will be terminated effective 05/11/2024. Your provider profile on Seller Central will be removed after the termination.

Regards,
Amazon SPN

# COMPOSITE EXHIBIT B





| J&D eTrading LLC | United States | Search | EN | Help |

Manage Your Apps | Explore Services | Shipments | Performance Notifications | Payments | Business Reports | Account Health | Edit

< Performance notifications

August 19, 2024
**Your Amazon.com seller account has been deactivated**

FEEDBACK



Hello,

Your Amazon selling account has been deactivated. Your listings have been removed in accordance with section 3 of the Amazon Services Business Solutions Agreement. We are withholding any funds available in your account. If you have FBA inventory of the items causing "inauthentic" complaints, they are currently ineligible for removal.

Why is this happening?
We have taken this measure because we have concerns about the authenticity of the items listed at the end of this email. In order to ensure that customers can shop with confidence on Amazon, we request additional information from sellers to confirm the authenticity of certain products. The sale of counterfeit products on Amazon is strictly prohibited. Amazon has several product detail and listing policies to ensure customers have a consistent buying experience and receive items in the condition they expect. Additional information regarding these policies can be found at the following Seller Central pages
-- "Amazon Anti-Counterfeiting Policy":
https://sellercentral.amazon.com/gp/help/201165970
-- "Policies and Agreements":
https://sellercentral.amazon.com/gp/help/521
-- "Amazon Services Business Solutions Agreement":
https://sellercentral.amazon.com/gp/help/1791

How do I reactivate my account?
To reactivate your account, go to your "Account Health" and click on "Reactivate My Account" to submit necessary information.
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

What happens if I do not submit the required information?
If we do not receive the requested information your account will remain deactivated. Any remaining FBA inventory of the items that caused "inauthentic" complaints will be destroyed at your expense, in accordance with the Business Solutions Agreement.

We're here to help
If you have questions about this policy or your account, contact us:
https://sellercentral.amazon.com/cu/contact-us

You can get help submitting your appeal in Seller Central Help:
 https://sellercentral.amazon.com/gp/help/200370560

To view your account performance, select "Account Health" on the home screen of the Amazon Seller app on your iOS or Android device, or go to the "Account Health" page:
https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_pq

On iOS:
https://itunes.apple.com/us/app/amazon-Seller/id794141485

On Android:
https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl=en_us

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.

---------------------------------------
ASIN: B07MZDTG76
Title: FURminator Undercoat Deshedding Tool for Dogs, Deshedding Brush for Dogs, Removes Loose Hair and Combats Dog Shedding,Blue
---------------------------------------
Sincerely, Seller Performance Team https://www.amazon.com

Help    Program Policies    English ⌄    Download the Amazon Seller mobile app    © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

Blue Ocean Commerce LLC | U…   Search   EN   Help

Manage Your Apps   Explore Services   Manage All Inventory   FBA Inventory   Shipments   Business Reports   Account Health   Payments   Edit

< Performance notifications

June 11, 2024
**Your Amazon.com Seller Account**



Hello ,

Thank you for completing the verification on video interview. After reviewing the information from your video interview, we have decided that your seller account will remain deactivated as in accordance with Section 3 of Amazon Business Solutions Agreement. Please continue to ship open orders and respond to customer inquiries to avoid further impact to your account. Funds will not be transferred to you but will stay in your account while we work with you to address this issue in accordance with our Funds Withholding Policy

Why did this happen?
We have taken this measure as your account we believe that your account or other related accounts operated by you may be used for deceptive or fraudulent, or illegal activity.

How do I reactivate my account?
To demonstrate the authenticity of your account and your inventory, submit the following documentation for the ASINs and brand listed below:

-- A valid government-issued photo identity document. The document must include full name, date of birth, ID number, expiry date, signature of the bearer if applicable, and country of issuance or country of citizenship.
-- Bank or credit card statement. The document must include the full name of the individual or of the business, residential or business address, issuing bank information and the records related to the purchase of the ASIN under review.
-- In case of having a registered business, the registration document must be uploaded. The document must contain name of the business owner or legal representative, business-operating name, business license number or registration number, official seal or stamp of the issuing authority, business address, date of incorporation, status of the business and signature of the legal representative (electronic signature is acceptable).
-- Supply chain documents such as invoices and receipts that include the item's description, quantities, supplier's name, supplier phone number, supplier address, and website. You may remove pricing information, but the rest of the document must be visible. Proof of delivery, bill of lading, import and export documents, customs clearance documents and authorization letters from brands and licensed brand distributors are other examples of documents that may be requested.
Note: The mentioned documents must be authentic, unaltered and sent only in PDF, JPG, PNG or GIF format.

ASIN(s): B0CJ3FXLT4
Brand(s): World Group Packing Solutions,
Quantity: 356

Has your account been deactivated in error?
if you believe your account has been deactivated in error, you can reach out to Inbound-appeals@amazon.com.

We are here to help:
You can review the policies on Seller Central:
https://sellercentral.amazon.com/gp/help/G1791
You can also view your account performance at https://sellercentral.amazon.com/performance/dashboard or by selecting Account Health on the home screen of the Amazon Seller app on your iOS or Android device.

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon.
— Download iOS App at (https://itunes.apple.com/na/app/amazon-seller/id794141485)
— Download Android App at (https://play.google.com/store/apps/details?id=com.amazon.sellermobile.android&hl).

FEEDBACK

Help | Program Policies | English | Download the Amazon Seller mobile app | © 1999-2024, Amazon.com, Inc. or its affiliates

Help | Program Policies | English | Download the Amazon Seller mobile app | © 1999-2024, Amazon.com, Inc. or its affiliates

FEEDBACK

Hello  BRUCE BRANDON/TDB INVESTMENTS,

Thank you for submitting your appeal. This email address no longer accepts incoming messages and emails sent to this alias will not be reviewed by Amazon.

Please submit your appeal by following the instructions on the Account Health page in Seller Central: https://sellercentral.amazon.com/performance/dashboard?ref=ah_em_nr

The Account Health page shows how well your account is performing against the performance metrics and policies required to sell on Amazon, and helps us direct your appeal to the team that can best assist you.

To appeal a listing deactivation, please click on the "Next Steps" link next to the listing on your Account Health page.

To appeal an account deactivation, please follow the instructions in the banner on the top of your Account Health page.

Within 3 days after your appeal is submitted, you should expect a reply.

Sincerely,

Seller Performance Team
Amazon.com