UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24084-CIV-ALTONAGA/Reid

**ECOM AUTHORITY LLC**,

 Plaintiff,
v.

**AMAZON.COM SERVICES LLC**,

 Defendant.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon the Joint Motion for an Extension of Time for Defendant Amazon.com Services, LLC to Answer the Complaint and Plaintiff's Renewed Motion for Preliminary Injunction, filed on February 7, 2025 [ECF No. 51]. Given the parties' ongoing good faith settlement negotiations, which have resulted in several requests to postpone filing the noted documents, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **ninety (90) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case within ninety (90) days of the date of this Order; such motion must be accompanied by a joint, proposed scheduling report.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**, and the April 1, 2025 hearing is **CANCELLED**.

CASE NO. 24-24084-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record