UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24084-CIV-ALTONAGA/Reid

ECOM AUTHORITY LLC,

    Plaintiff,

v.

AMAZON.COM SERVICES LLC,

    Defendant.

_____/

## NOTICE OF FILING ASSIGNMENT PETITION

Philip J. von Kahle, as Assignee for the benefit of creditors of Assignor, ECOM AUTHORITY, LLC, files the attached Petition Commencing Assignment for the Benefit of Creditors including Schedules A and B. The Petition was filed June 5, 2025, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and a case number is pending.

Dated: June 6, 2025

    **PHANG & FELDMAN, P.A.**
    *Attorneys for Philip J. von Kahle, as Assignee*
    One Biscayne Tower, Suite 1600
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Tel: (305) 614-1223 // Fax: (305) 614-1187
    Secondary Email: service@katiephang.com

    By:   */s/ Jonathan S. Feldman*
        JONATHAN S. FELDMAN, ESQ.
        Florida Bar. No. 12682
        Primary Email: feldman@katiephang.com



Case No. 24-cv-24084-CMA<br>
Page 2 of 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 6, 2025, a true and correct copy of the foregoing was electronically filed and served via CM/ECF upon all counsel of record in this case a set forth on the attached Service List.

By:    */s/ Jonathan S. Feldman*
JONATHAN S. FELDMAN, ESQ.
Florida Bar. No. 12682

## SERVICE LIST

| Attorneys for Plaintiff | Paul D. Turner, Esq.<br>Benjamin L. Reiss, Esq.<br>David Robbins, Esq.<br>Ricardo A. Arce, Esq.<br>**Perlman, Bajandas, Yevoli & Albright, P.L.**<br>Eserviceftl@pbyalaw.com |
|---|---|
| Attorneys for Defendant | Brian W. Toth, Esq.<br>Freddy Funes, Esq.<br>**Toth Funes PA**<br>Btoth@tothfunes.com<br>Ffunes@tothfunes.com |
| Attorneys for Defendant (pro hac vice) | John Goldmark, Esq.<br>Lauren Rainwater, Esq.<br>**Davis Wright Tremaine, LLP**<br>Johngoldmark@dwt.com<br>Laurenrainwater@dwt.com |

Phang|Feldman

**One Biscayne Tower | Suite 1600 |2 S. Biscayne Boulevard | Miami, FL  33131**
**T: (305) 614-1223 | (F): (305) 614-1187 | www.katiephang.com | feldman@katiephang.com**