UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24084-CIV-ALTONAGA

**ECOM AUTHORITY LLC**,

    Plaintiff,
v.

**AMAZON.COM SERVICES LLC**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court on the Assignee's Second Motion for an Extension of Time to File Stipulation of Dismissal and Incorporated Memorandum of Law [ECF No. 61]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties have until **January 9, 2026** to file a stipulation of dismissal.

**DONE AND ORDERED** in Miami, Florida, this 6th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record